

**The following constitutes the order of the court.
Signed August 15, 2018**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

KOR, Inc.,

   Debtor.

No. 18-41581
Chapter 7

**MEMORANDUM REGARDING MOTION FOR RELIEF FROM STAY**

On August 8, 2018, Shah Financial Corp. filed a *Motion for Relief from the Automatic Stay* ("the Motion") (doc. 15) and requested that the relief be granted in rem. The Motion does not appear to comply with Bankruptcy Local Rule 4001-1(a) and (c). Therefore, the Court will be unable to grant the relief requested at the August 22, 2018 hearing. Movant may file and re-notice a motion that complies with the Bankruptcy Local Rules in full.

**\*END OF MEMO\***

1

# COURT SERVICE LIST

**KOR, Inc.**
1374 Olivina Ave.
Livermore, CA 94551

Shah Financial Corp
c/o Jonathan Black
1600 S. Main Street, Ste. 370
Walnut Creek, CA 94596